Glen E. Summers (California Bar No. 30635)
Email address: glen.summers@bartlit-beck.com
BARTLIT BECK HERMAN
 PALENCHAR & SCOTT LLP
1899 Wynkoop St.
8th Floor
Denver, CO 80202
Tel: 303-592-3100
Fax: 303-592-3140
*Attorney for Defendant
Amazon.com, Inc.*



Filed
MAR 30 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SUBPOENA TO PALO ALTO RESEARCH CENTER INC.<br><br>In connection with:<br><br>ContentGuard Holdings, Inc.,<br>       Plaintiff,<br>   v.<br>Amazon.com, Inc., et al.,<br>       Defendants.<br><br>Case No. 2:13-cv-01112<br>United States District Court for the Eastern District of Texas | Case No. CV 15-80105 MISC. PSG<br><br>[Proposed] Order Sealing Documents |

1  Having considered Amazon.com, Inc's ("Amazon") Administrative Motion for Sealing Order Regarding Information Designated Confidential in Related Civil Action, filed March 19, 2015, **IT IS HEREBY ORDERED THAT:**

Amazon's motion is GRANTED. The following materials will be filed under seal: Exhibits 7, 8, 9, 10, 12, 15, 16, and 19 to Defendants' Motion to Compel Third Party Palo Alto Research Center Inc. to Produce Documents in Response to Subpoena.

**IT IS SO ORDERED.**

Dated: 3/30/2015

_____
UNITED STATES DISTRICT JUDGE
Edward J. Davila